PHILIP B. FLEMING, as Temporary Controls Administrator Substituted for PAUL PORTER, Price Administrator of the Office of Price Administration, Respondent, *v.* WILLIAM RUSSELL, Doing Business as LONG ISLAND POTATO EXCHANGE, Appellant.

Argued February 26, 1947; decided April 17, 1947.

986

*Otho S. Bowling* for appellant.

*Arthur G. Silverman, Kenneth V. Fisher, William E. Remy, David London* and *Albert M. Dreyer* for respondent.

*Per Curiam.* The judgment of the Appellate Division must be affirmed upon the authority of *Testa* v. *Katt* (330 U. S. 386). In view of this decision it was not necessary to decide whether the statute was penal in the public international, private international or any other sense, because the courts of a State

have no discretion under the supremacy clause of the Federal Constitution to decline to entertain a suit for a penalty imposed by a Federal statute unless the Congress has limited the remedy to the Federal courts.

The judgment should be affirmed, with costs.

LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ., concur.

Judgment affirmed.